UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JERELL MILLER,

                Plaintiff,

    -against-

AN ACTION PURSUANT TO TITLE 28
SECTION 2403,

                Defendant.
-----------------------------------------------------------X

ORDER AND
CIVIL JUDGMENT
09-CV-5685 (CBA)(CLP)

AMON, United States District Judge:

Plaintiff, filed this *pro se* action in the United States District Court for the Southern District of New York ("Southern District") on September 11, 2009. (Complaint #1). By Order dated November 16, 2009, the action was transferred to this Court. On October 2, 2009, plaintiff filed an identical action in this Court: In the matter of the application of J. Miller, 09-CV-4537 (CBA)(LB). By Order dated December 22, 2009, that action was dismissed. The Court has examined the complaints and finds that the instant complaint is a duplicate of In the matter of the application of J. Miller, 09-CV-4537 (CBA)(LB). Accordingly, the instant complaint is dismissed. Curtis v. Citibank, N.A., 226 F.3d 133 (2d Cir. 2000). The Clerk of Court is directed to close this case.[1]

SO ORDERED.

/Signed by Judge Amon/

Carol Bagley Amon
United States District Judge

Dated:       , 2010
      Brooklyn, New York

---

[1] It appears that plaintiff is no longer at the Rikers Island address he provided in his complaint since documents sent to that address have been returned to the Court and plaintiff is no longer listed on the NYC DOC website. Plaintiff is reminded that it is his obligation to provide the court with an address and to keep the Court apprised of his address. Since the Court is without a current address, a copy of this Order shall be kept on file in the Court's Pro Se Office.